UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANNY CHARLES BARNES, JR., | ) | CASE NO. CV 11-6368-JHN (PJW) |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| LANCASTER STATE PRISON, ET AL., | ) | |
| Respondents. | ) | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: <u>August 14, 2011</u>.

_____
JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd